**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**



| | |
|---|---|
| DOLUGASA S.A., ARGOMACRO S.A., and GEANEL S.A. §§§ | **02-61391**<br>**CIV-MARRA** |
| Plaintiff, §§ | CASE NO. _____ |
| v. §§ | **MAGISTRATE JUDGE**<br>**SELTZER** |
| HEARNE IMPORTS OF FLORIDA, INC., and WM.. P. HEARNE PRODUCE COMPANY, INC. §§§§§ | **NIGHT BOX**<br>**FILED** |
| Defendants. §§ | OCT - 1 2002 |

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**PLAINTIFFS' ORIGINAL COMPLAINT**

Plaintiffs, DOLUGASA S.A., ARGOMACRO S.A., and GEANEL S.A. ("collectively, the "Plaintiffs"), complain and allege as follows:

**I.**

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction of this case pursuant to section 5(c)(4) of the Perishable Agricultural Commodities Act of 1930 as amended [7 U.S.C. §499(c)(4)] ("PACA") and pursuant to 28 U.S.C. §1391(b).  Venue is proper pursuant to 28 U.S.C. §1391(b).

2.      Plaintiffs are now and at all material times were corporations organized and doing business under the laws of Ecuador, with their principal places of business in Guayaquil, Ecuador.

3.      Plaintiffs are informed and believe and thereon allege that Defendant Hearne Imports of Florida, Inc. ("Hearne Imports") is now and at all material times was a subsidiary corporation of Defendant Wm. P. Hearne Produce Company, Inc. ("Hearne Produce"), and was organized and doing



business under the laws of the State of Florida, with its principal place of business in Pompano Beach, Florida.

4.    Plaintiffs are informed and believe and thereon allege that Defendant Hearne Produce is now and at all material times was the parent corporation of Defendant Hearne Imports, and was organized and doing business under the laws of the State of Maryland, with its principal place of business in Salisbury, Maryland.

## II.

## FIRST CAUSE OF ACTION

## (Breach of Contract - Against Hearne Imports)

5.    Plaintiffs reallege and incorporate by reference paragraphs 1-4 above as if fully set forth herein.

6.    At all relevant times, Defendant Hearne Imports was engaged in the handling of perishable agricultural commodities in interstate and/or foreign commerce as a commission merchant, dealer and/or broker and was subject to the provisions of the PACA and the regulations promulgated by the Secretary of Agriculture of the United States pursuant to the PACA.

7.    Between on or about September, 2001, through November, 2001, in a series of transactions, Plaintiffs sold, shipped, and delivered perishable agricultural commodities, namely, sweet onions, to Defendant Hearne Imports on consignment as agreed between Plaintiffs and Defendant. Defendant, however, has not paid the proceeds due Plaintiffs for these commodities, leaving an aggregate balance of at least one hundred eighty thousand dollars ($180,000.00) owed to Plaintiffs. True and correct copies of the invoices for these sales are attached hereto as Exhibits A, B, and C.

8.    At or about the date of each of the transactions described above, Plaintiffs forwarded to Defendant invoices for each transaction that set forth in detail the amounts owed by Defendant for the onions purchased by Defendant on consignment from Plaintiffs.

9.    Plaintiffs have repeatedly demanded that Defendant pay the aggregate amount of at least $180,000.00 that is due and owing under the invoices. Defendant has failed and refused and continues to fail and refuse to pay Plaintiffs for the onions it purchased on consignment from Plaintiffs. In fact, Defendant has admitted that it owes sums to Plaintiffs, but refuses to pay any money to Plaintiffs.

10.    Plaintiffs have performed all conditions, covenants and obligations required to be performed by them under the agreements for the sale of the onions to Defendant.

11.    As a direct and proximate result of Defendant's failure to remit payment due to Plaintiffs as described above, Plaintiffs have suffered losses in the aggregate amount of at least $180,000, plus interest.

12.    Plaintiffs have also been forced to retain counsel to pursue collection of the amounts due from Defendant, even though they have repeatedly demanded payment on the past due invoices. Consequently, Plaintiffs are also entitled to recover reasonable attorneys fees.

## III.

## SECOND CAUSE OF ACTION

### (Failure To Account And Pay Promptly - Against Hearne Imports)

13.    Plaintiffs reallege and incorporate by reference paragraphs 1-12 above as if fully set forth herein.

14.    Plaintiffs have repeatedly demanded that Defendant Hearne Imports pay the aggregate sum of at least $180,000.00 past due for the onions delivered to Defendant on consignment as

described above.  Despite these demands, Defendant has failed and refused to truly, correctly and accurately account for and make full payment of the proceeds for the onions sold and delivered to it by Plaintiffs.  Therefore, Defendant has failed to perform the requirements of the contracts of sale, express and implied, and has breached its duty to account and pay for the onions.

15.    As a direct and proximate cause and result of the wrongful acts and omissions of Defendant as alleged above, Plaintiffs have suffered the aggregate loss of at least $180,000.00, plus interest and attorneys fees.

IV.

**THIRD CAUSE OF ACTION**

**(PACA Violations And Breach of Duty To Sell In Good Faith - Against Hearne Imports)**

**A.    Defendant Hearne Imports Failed to Obtain Inspection Certificates for Dumped Onions.**

16.    Plaintiffs  reallege and incorporate by reference paragraphs 1-15 above as if fully set forth herein.

17.    Defendant Hearne Imports dumped many of the shipments of onions it received from Plaintiffs, claiming that it could not find buyers for the onions due to market conditions.  However, Defendant failed to obtain the necessary official certificates showing that the onions had no commercial value, which it was required to do in cases where five percent (5%) or more of a shipment is dumped.  *See* 7 C.F.R. §46.22; *Tom Lange Co., Inc. v. A. Gagliano Co., Inc.*, 61 F.3d 1305, 1308 (7th Cir. 1995).  In addition, Defendant was required to provide "proof as to the quantities of produce destroyed or dumped in excess of five percent by procuring an official certificate showing that the produce has no commercial value from any person authorized by the Department [Agriculture] to inspect fruits and vegetables." *Id.* §46.23.

18.    Defendant had a duty under the PACA to obtain official certificates showing why it dumped Plaintiffs' onions. Defendant's failure to obtain these required official certificates is a PACA violation.

**B.    Defendant Hearne Imports Violated Its Duty to Sell Plaintiffs' Onions in a Timely Fashion.**

19.    Plaintiffs reallege and incorporate by reference paragraphs 1-18 above as if fully set forth herein.

20.    Plaintiffs and Defendant had an agreement whereby Plaintiffs would ship their onions to Defendant on consignment, and Defendant would make its best efforts to sell the onions. Defendant had a duty to "exercise reasonable care and diligence" in selling Plaintiffs' onions in a "fair and reasonable manner." *See* 7 C.F.R. §46.29. Defendant breached this duty by allowing Plaintiffs' onions to sit and rot in storage, then dumping them when they no longer retained any commercial value.

21.    Defendant had a duty to make all reasonable efforts to sell Plaintiffs' onions. Defendant's lack of diligence in attempting to sell Plaintiffs' onions was both a PACA violation and a breach of its duty to Plaintiffs.

**C.    Defendant Hearne Imports Violated Its Duty to Sell Plaintiffs' Onions By Taking Onions From Other Exporters.**

22.    Plaintiffs reallege and incorporate by reference paragraphs 1-21 above as if fully set forth herein.

23.    As described above, Defendant violated its duty to exercise diligence in attempting to sell Plaintiffs' onions by letting Plaintiffs' onions sit and rot in storage. Defendant also violated its duty to exercise diligence in selling Plaintiffs' onions by accepting shipments of onions from other producers after it had already agreed with Plaintiffs to take and sell their onions. Defendant

was aware that by accepting additional shipments of onions from other producers, it was accepting more onions than it could sell. Nevertheless, Defendant accepted these additional shipments of onions, also on consignment. Apparently, this was done to curry favor with these other producers and to keep their business. The end result was that Defendant had more onions than it could sell, so Plaintiffs' onions sat in storage until they reached a point of decay where they no longer had any commercial value. At that point, Defendant simply dumped them.

24.    Defendant had a clear duty to make all reasonable efforts to sell Plaintiffs' onions at a top market price. Defendant accepted additional shipments of onions from other producers, thereby making it more difficult if not impossible to sell Plaintiffs' onions. Therefore, Defendant breached its duty to make all diligent and reasonable efforts to sell Plaintiffs' onions.

25.    As a direct and proximate cause and result of the wrongful acts and omissions of Defendant as alleged above, Plaintiffs have suffered the aggregate loss of at least $180,000.00, plus interest and attorneys fees.

## V.

## FOURTH CAUSE OF ACTION

## (For Piercing The Corporate Veil And Alter Ego - Against Hearne Produce)

26.    Plaintiffs reallege and incorporate by reference paragraphs 1-25 above as if fully set forth herein.

27.    Plaintiffs allege that Defendant Hearne Produce is the alter ego of Defendant Hearne Imports, and thus is liable to Plaintiffs for the amounts due and owed to Plaintiffs under the contracts between Plaintiffs and Hearne Imports. The applicable law under Plaintiffs' cause of action for piercing the corporate veil and alter ego against Defendant Hearne Produce is that of the State of Florida, as the transactions which are the subject matter of this suit occurred in Florida. Although

Hearne Produce's corporate headquarters are located in the State of Maryland, personal jurisdiction over Hearne Produce is satisfied under both Florida's long-arm statute (*See* § 48.193 Fla. Stat. (1995)) and general federal due process concerns.

28.    Hearne Produce has submitted to personal jurisdiction in Florida by engaging or carrying on a business in the State of Florida through managing and controlling its wholly owned subsidiary, Defendant Hearne Imports, which is located in Florida. *See* § 48.193(1)(a) Fla. Stat. (1995). Hearne Produce's control and management of Hearne Imports constitutes substantial activity in the State of Florida, thereby giving this Court personal jurisdiction over this Court. *See* § 48.193(2) Fla. Stat. (1995).

29.    Hearne Produce also has sufficient minimum contacts with the State of Florida to satisfy federal due process concerns with respect to the Court's exercise of personal jurisdiction over it. Hearne Produce could foresee the possibility of being sued in Florida because of the high degree of control it exercises or has exercised over Hearne Imports. *See Georgia Insurers Insolvency Pool v. Brewer*, 602 So.2d 1264, 1268 (Fla. 1992); citing *Burger King Corp. v. Rudzewicz*, 471 U.S. 462 (1985). In addition, Hearne Produce purposefully availed itself of the privileges and protections of Florida law through its management and control or Hearne Imports. *Id.*

30.    At all relevant times, Hearne Imports was and is a subsidiary company of Hearne Produce. Hearne Produce, as the parent company of Hearne Imports, had and exercised complete control over the activities of Hearne Imports. Plaintiffs allege that at all relevant times Defendant Hearne Produce controlled and used Hearne Imports in such a way as to mislead Plaintiffs and other creditors of Hearne Imports. The accounting and management of Hearne Imports was handled through Hearne Produce's offices. The employees of Hearne Imports reported to Hearne Produce with regards to the management of Hearne Imports, and they were paid by Hearne Produce. In

addition, Hearne Produce often made wire transfers to produce exporters to pay for produce sent to Hearne Imports. Furthermore, during the time that Plaintiffs were shipping their onions to Hearne Imports, Hearne Produce decided to have produce which would otherwise have been consigned to Hearne Imports be consigned to Hearne Produce.

31. Under Florida law, the corporate veil between a parent and subsidiary corporation can be pierced if it is shown that the subsidiary corporation was organized or used by the parent corporation to mislead creditors or work a fraud upon them. *Dania Jai-Alai Palace, Inc. v. Sykes*, 450 So.2d 1114, 1120 (Fla. 1984); *Hilton Oil Transp. v. Oil Transp. Co.*, 659 So.2d 1141, 1152 (Fla. App. 3 Dist. 1995); *USP Real Estate v. Discount Auto.*, 570 So.2d 386 (Fla. App. 1 Dist. 1990). Plaintiffs allege that Hearne Produce managed and operated Hearne Imports in such a way as to mislead Plaintiffs, as Plaintiffs were led to believe that Hearne Imports was solvent and managing its own affairs. Hearne Produce managed and operated Hearne Imports in a manner which ignored the separate corporate formalities between itself and Hearne Imports.

32. Hearne Produce has mis-managed Hearne Imports and misled Hearne Imports's creditors in its control of Hearne Imports. Hearne Produce is obviously the alter ego of Hearne Imports based on its control and manipulation of Hearne Imports. As a result, the corporate veil between the two entities must be pierced to hold Hearne Produce liable for the amounts due and owing Plaintiffs under their contracts with Hearne Imports. As a direct and proximate cause and result of Hearne Produce's control and manipulation of Hearne Imports, Plaintiffs have suffered the aggregate loss of at least $180,000.00 plus interest.

WHEREFORE, Plaintiffs pray for judgment against Defendants as follows:

## FIRST CAUSE OF ACTION

### (For Breach Of Contract)

33.     For at least $180,000 in damages; plus;

34.     For interest at the highest legal rate from the date the obligation became due and payable to Plaintiffs until fully paid; and,

35.     For such other and further relief as the Court may deem just and proper.

## SECOND CAUSE OF ACTION

### (For Failure to Account And Pay Promptly)

36.     For at least $180,000 in damages; plus;

37.     For interest at the highest legal rate from the date the obligation became due and payable to Plaintiffs until fully paid; and,

38.     For such other and further relief as the Court may deem just and proper.

## THIRD CAUSE OF ACTION

### (PACA Violations And Breach of Duty To Sell In Good Faith - Against Hearne Imports)

39.     For at least $180,000 in damages; plus;

40.     For interest at the highest legal rate from the date the obligation became due and payable to Plaintiffs until fully paid; and,

41.     For such other and further relief as the Court may deem just and proper.

## FOURTH CAUSE OF ACTION

### (For Piercing the Corporate Veil and Alter Ego)

42.     For at least $180,000 in damages plus costs;

43.    For interest at the highest legal rate from the date the obligation became due and payable to Plaintiffs until fully paid;

44.    For such other and further relief as the Court may deem just and proper.

DATED: October 2nd, 2002

Respectfully submitted,

OF COUNSEL :
OPPENHEIMER, BLEND,
HARRISON & TATE, INC.

CRAIG A. STOKES
Florida Bar # 0122572
711 Navarro, Sixth Floor
San Antonio, TX 98205-1796
Telephone: (210) 224-2000
Facsimile:  (210) 224-7540

ATTORNEY FOR PLAINTIFFS

# GEANEL S.A.

R.U.C.# 0992124696001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef.: 593-4-232-0237

## COMMERCIAL INVOICE # 016C - 2001

DATE : 
CLIENT: 

Guayaquil, September 26 of 2001
**HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX. (954) 942-3564

CONTAINER   : SUDU 478480-4
DESTINATION : MIAMI
ORIGIN        : ECUADOR
SHIPPING LINE: CROWLEY
VESSEL       : CSAV CHICAGO V 19

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1.818 | US$ 1,963.44 |
| | NET WEIGHT PER BOX 18.18 KG<br>GROSS WEIGHT :  20,714.40 KG<br>NET WEIGHT : 19,634.40 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON NO.- E-594804 | | |

| | | |
|---|---|---|
| **G E A N E L  S.A.**<br><br>ING.MARLON OLIVES<br>C.I.# 090982938-4<br>FIRMA AUTORIZADA | VALOR NETO FOB | USD 1,963.44 |
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | | |
| | **TOTAL FOB** | USD 1,963.44 |

EXHIBIT
**A**

# GEANEL S.A.

R.U.C # 0992124699001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telcf. 593-4-320-201

## COMMERCIAL INVOICE # 12B - 2001

DATE : Guayaquil, September 11 of 2001
CLIENT:

HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH  FLORIDA 33059
TEL. (954) 942-0215  FAX (954) 942-3564

CONTAINER : INOU 901006-3
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: NAVES S.A.
VESSEL : GREETSIEL V. 015

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1104 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,007.07 |
| | NET WEIGHT PER BOX 16.18 KG | | |
| | GROSS WEIGHT 21 141.72 KG | | |
| | NET WEIGHT 17,070.72 KG | | |
| | MARKS PLACED: GOLD MOUNTAIN SWEET | | |
| | FLY NO. 04 | | |
| | INSPECTION NO : R-694-66 | | |

| | VALOR NETO FOB | | USD 2,007.07 |
|---|---|---|---|
| | TARIFA 12 % | | 0.00 |
| | TARIFA 0 % | | 0.00 |
| | TOTAL FOB | | USD 2,007.07 |

ING. MARLON OLIVES
C.I # 0909982038-4
FIRMA AUTORIZADA



# GEANEL S. A.

R.U.C. # 0992124006
AGUIRRE 320 ENTRE ... GUAYAQUIL GARZO
Telef. 5504-320-207

### COMMERCIAL INVOICE # 12 - 2001

**DATE :** Guayaquil, September 11 of 2001
**CLIENT:** BEARNE IMPORTS OF FLORIDA
108 MARTIN LUTHER KING BLVD
POMPANO BEACH, FLORIDA 33069
PH. (954) 942 0215  FAX (954) 942-3564

**CONTAINER** : GCEU 696467-5
**DESTINATION** : MIAMI
**ORIGIN** : ECUADOR
**SHIPPING LINE:** NAVES S.A.
**VESSEL** : CREETSIEL V. 019

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1116 | BOXES OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2,028,88 |
| | NET WEIGHT PER BOX 18 KG | | |
| | NET WEIGHT 21,404.88 KG | | |
| | WEIGHT 20,263.69 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | ONIONS | | |
| | DURATHON NO - F / 9667.64 | | |

| | | VALOR NETO FOB | USD 2,028.88 |
|---|---|---|---|
| | | IVA 12 % | 0,00 |
| | | IVA 0 % | 0,00 |
| ING. ... C.I GOMES | | TOTAL FOB | USD 2,028.88 |
| C... 0992931... 4 | | | |
| FIRM AUTORIZADA | | | |

# GEANEL S.A.

R.U.C # 0902124696001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-320-131

## COMMERCIAL INVOICE # 013 - 2001

**DATE :**
**CLIENT:**

Guayaquil, September 17 of 2001
HEARNE IMPORTS OF FLORIDA
158 MART N LUTHER KING BLVD
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215  FAX. (954) 942-3564

**CONTAINER** : GCEU 660944-9
**DESTINATION :** MIAMI
**ORIGIN** : ECUADOR
**SHIPPING LINE:** NAVES S.A.
**VESSEL** : GREETSIEL V 019

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 1,963.44 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT  20,714.40 KG | | |
| | NET WEIGHT  19,634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON No - E-594784 | | |

| | VALOR NETO FOB | | USD 1,963.44 |
|---|---|---|---|
| | TARIFA 12 % | | 0.00 |
| | TARIFA  0 % | | 0.00 |
| | **TOTAL FOB** | | **USD 1,963.44** |

ING.MARLON OLIVES
C.I.# 050982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C.# 0992124355001
AGUIRRE 323 ENTRE CHILE   PEDRO CARBO
Telef: 593-4-320-237

## COMMERCIAL INVOICE # 014 - 2001

DATE :               Guayaquil  September 10, 2001         CONTAINER : CRLU 517285-2
CLIENT:              SEAFRESH IMPORTS OF FLORIDA          DESTINATION : MIAMI
                     188 MIAMI INT'L OTHER   PAIN   #12    ORIGIN      : ECUADOR
                     MIAMI  FL 33166   FLORIDA  U.S.A      SHIPPING LINE: MSC ECUADOR
                     TEL. (954) 947-02  5   FAX (954) 947  3504   VESSEL : MSC ECUADOR V 004

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | US$ 1.818 | US$ 1,963.44 |
| | NET WEIGHT PER BOX IS 18 KL | | |
| | GROSS WEIGHT  26,714.10 KG | | |
| | NET WEIGHT  19,604.40 KL | | |
| | MARK: BACIIO GOLDEN ONION SWEET | | |
| | LU #4 16 | | |
| | QUARANTINE NUMBER 647 | | |
| | VALUE NET FOB | | USD 1,963.44 |
| | | | 0.00 |
| | | | 0.00 |
| | TOTAL CIB | | USD 1,963.44 |

GEANEL S.A.

ING. MARLON OLIVES
C.I. 090992930-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 0992104660001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-320-237

## COMMERCIAL INVOICE #/ZP - 2001

DATE : Guayaquil  September 14 - 2001

CLIENT:
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL (954) 942 0215   FAX: (954) 942-3564

CONTAINER   TCLU 780265-5
DESTINATION MIAMI
ORIGIN       ECUADOR
SHIPPING L.   MSC ECUADOR
VESSEL        MSC ECUADOR V. 206

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | US$ 1 963 44 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT   20 714.40 KG | | |
| | NET WEIGHT   19,634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON NO   E594801 | | |

| | VALOR NETO FOB | USD 1,963.44 |
|---|---|---|
| | TARIFA 12 % | 0,00 |
| | TARIFA  0 % | 0,00 |
| ING.MARLON OLIVES  C.I.# 090982938-4  FIRMA AUTORIZADA | TOTAL FOB | USD 1,963,44 |

# GEANEL S.A.

R.U.C. # 0900124-624-1
AGUIRRE 320 ENTRE GRAL. Y PEDRO CARBO
Telef. 593-4-920-207

## COMMERCIAL INVOICE #077 - 2001

DATE : Guayaquil, September 14 - 2001

CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX. (954) 942-3564

CONTAINER   CRLU 613628-5
DESTINATION MIAMI
ORIGIN         ECUADOR
SHIPPING L.  MSC ECUADOR
VESSEL        MSC ECUADOR V 308

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 1,963,44 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT . 20,714 40 KG | | |
| | NET WEIGHT   19,634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON NO.- E966666 | | |
| | **VALOR NETO FOB** | | **USD 1,963.44** |
| | TARIFA 12 % | | 0.00 |
| | TARIFA  0 % | | 0.00 |
| | **TOTAL FOB** | | **USD 1,963,44** |

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 09012489500
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef: 593-4 302297 Fax: 593-4-530238

## COMMERCIAL INVOICE # 06 - 2001

DATE :        Guayaquil, Agosto 21 del 2001
CLIENT:     HEARNE IMPORTS OF FLORIDA
              1258 MARTIN LUTHER KING BLVD.
              POMPANO BEACH   FLORIDA 33069
              TE (954) 942-0215   FAX (954) 942-3564

CONTAINER TRLU 176547-8
DESTINATIO MIAMI
ORIGIN     ECUADOR
SHIPPING LI INTEROCEAN
VESSEL     MADELEINE V 007

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 1,963.44 |
|  | NET WEIGHT PER BOX 18,18 KG | | |
|  | GROSS WEIGHT : 20,714,40 KG | | |
|  | NET WEIGHT : 19,634.40 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4166 | | |
|  | MARATHON NO.- E594793 | | |

| | | |
|---|---|---|
| GEANEL S.A. | VALOR NETO FOB | USD 1,963.44 |
|  | TARIFA 12 % | 0,00 |
| ING.MARLON OLIVES | TARIFA  0 % | 0,00 |
| C.I.# 090932938-4 | | |
| FIRMA AUTORIZADA | TOTAL FOB | USD 1,963,44 |

# GEANEL S.A.

R.U.C. # 0902124695001
PEDRO CARBO 322 Y AGUIRRE
Telef.: 593-4-415150

## COMMERCIAL INVOICE # 004- 2001

DATE : Guayaquil, August 23 - 2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH ,FLORIDA 33069
TELF: 954-9420215    FAX:954-9423564

CONTAINER : GCEU-662243-5
DESTINATION : MIAMI,FL
ORIGIN : ECUADOR
SHIPPING LINE: INTEROCEAN
VESSEL : CREETZIEL V.018

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | 1,818 | USD$1,963.44 |
|  | NET WEIGHT PER BOX 18.18 KG | | |
|  | GROSS WEIGHT : 20,714.40 KG | | |
|  | NET WEIGHT - 19,634.40 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4166 | | |
|  | MARATHON # F-968761 | | |

**GEANEL S.A.**

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

| | |
|---|---|
| VALOR NETO FOB | USD$ 1,963.44 |
| TARIFA 12 % | 0.00 |
| TARIFA 0 % | 0.00 |
| **TOTAL FOB** | **USD$ 1,963.44** |

# GEANEL S.A.

R.U.C. # 0992124696001
PEDRO CARBO 322 Y AGUIRRE
Telef.: 593-4-415150

## COMMERCIAL INVOICE # 004A- 2001

DATE : Guayaquil, August 23 - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH ,FLORIDA 33069
TELF: 954-9420215   FAX:954-9423564

CONTAINER   : GCEU 698770-5
DESTINATION : MIAMI,FL
ORIGIN       : ECUADOR
SHIPPING LINE: INTEROCEAN
VESSEL       : GROETZIEL V.018

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | 1.818 | USD$1,963.44 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 20,714.40 KG<br>NET WEIGHT . 19,634.40 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # F-966756 | | |

| | | |
|---|---|---|
| | VALOR NETO FOB | USD$ 1,963.44 |
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | **TOTAL FOB** | **USD$ 1,963.44** |

GEANEL S.A.

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 0992124390001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-232-0237

## COMMERCIAL INVOICE # 022A - 2001

DATE :
CLIENT:

Guayaquil  October 11 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH  FLORIDA 33069
TEL. (954) 942-0215  FAX. (954) 942-3564

CONTAINER : TRLU 1765476
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE : NAVES C.A
VESSEL : GRAFTS.F  V 275

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 23,016 00 KG | | |
| | NET WEIGHT  21,816,00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON N0.- 20800052 | | |

| | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | TOTAL FOB | USD 2,181,60 |

GEANEL S.A.

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 0990124695001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-232-0237

## COMMERCIAL INVOICE # 022 - 2001

DATE :
CLIENT:

Guayaquil, October 11 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX. (954) 942-3584

CONTAINER    : TRLU 178473-6
DESTINATION  : MIAMI
ORIGIN       : ECUADOR
SHIPPING LINE : NAVES C.A.
VESSEL       : GREETSIEL Y 020

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23.016,00 KG<br>NET WEIGHT  21.816,00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>P.L.U #4166<br>**MARATHON NO.- 20600053** | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2.181,60 |
| TARIFA 12 % | | 0,00 |
| TARIFA  0 % | | 0,00 |
| **TOTAL FOB** | | USD 2.131,60 |

ING. MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C.# 0992124695001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-232-0237

## COMMERCIAL INVOICE # 020 - 2001

DATE :        Guayaquil October 08 of 2001

CLIENT:       HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
COMPANO BEACH  FLORIDA 33069
TEL. (954) 942-0215  FAX. (954) 942-3564

CONTAINER : TRLU 8704170
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE : MARGLOBAL
VESSEL : SEA JAGUAR V 015

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23,016.00 KG<br>NET WEIGHT : 21,816.00 KG<br>MARKS PLACED COLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON NO.- 20600051 | | |

|  | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
|  | TARIFA 12 % | 0.00 |
|  | TARIFA  0 % | 0.00 |
| ING.MARLON OLIVES<br>C.I.# 090982938-4<br>FIRMA AUTORIZADA | TOTAL FOB | USD 2,181,60 |

# GEANEL S.A.

R.U.C.# 0992124695001
AGUIRRE 328 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-232-0237

## COMMERCIAL INVOICE # 020A - 2001

DATE :
CLIENT:

Guayaquil, October 02 of 2001
HEARNE IMPORTS OF FLORIDA
1256 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL (954) 942-0215   FAX: (954) 942-3564

CONTAINER    : TRIU 846841-2
DESTINATION : MIAMI
ORIGIN         : ECUADOR
SHIPPING LINE : MARGLOBAL
VESSEL      : SEA JAGUAR V 015

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1036 | BOXES  OF FRESH SWEET ONIONS | USS 1,818 | USS 1,974,34 |
| | NET WEIGHT PER BOX 19,18 KG<br>GROSS WEIGHT : 20.929,48 KG<br>NET WEIGHT : 19.743,48 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4156<br>MARATHON N0.- 20800048 | | |
| | VALOR NETO FOB | | USD 1.974,34 |
| | TARIFA 12 % | | 0,00 |
| | TARIFA  0 % | | 0,00 |
| | TOTAL FOB | | USD 1.974,34 |

GEANEL S.A.

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 0992124655001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-232-0237

## COMMERCIAL INVOICE # 018A - 2001

DATE :  
CLIENT:

Guayaquil, October 01 of 2001  
**HEARNE IMPORTS OF FLORIDA**  
1258 MARTIN LUTHER KING BLVD.  
POMPANO BEACH , FLORIDA 33069  
TEL. (954) 942-0215  FAX: (954) 942-3564

CONTAINER    : MAEU 580556-1  
DESTINATION  : MIAMI  
ORIGIN         : ECUADOR  
SHIPPING LINE : MAERSK  
VESSEL         : LA GUAYRA

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
|  | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT . 23,016.00 KG<br>NET WEIGHT  21,816.00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>**MARATHON NO.- 20600044** |  |  |

|  | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
|  | TARIFA 12 % | 0,00 |
|  | TARIFA  0 % | 0,00 |
| ING. MARLON OLIVES<br>C.I.# 090982938-4<br>FIRMA AUTORIZADA | TOTAL FOB | USD 2,131,60 |

GEANEL S.A.

# GEANEL S.A.

R.U.C.# 0992124695001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef.: 590-4-232-0137

## COMMERCIAL INVOICE # 019A - 2001

DATE :
CLIENT:

Guayaquil, October 08 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER    : CRLU 517207-0
DESTINATION  : MIAMI
ORIGIN       : ECUADOR
SHIPPING LINE : M.S.C. ECUADOR
VESSEL       : M.S.C. ECUADOR V. 05

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,816 | US$ 2,181.60 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON N0.- 20600046 | | |

| | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
| | TARIFA 12 % | 0,00 |
| | TARIFA  0 % | 0,00 |

ING.MARLON OLIVES
C.I.# 090982933-4
FIRMA AUTORIZADA

| TOTAL FOB | USD 2,181.60 |
|---|---|

# GEANEL S.A.

R.U.C # 0992124665001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef : 693-4-232-0227

## COMMERCIAL INVOICE # 019B - 2001

DATE : Guayaquil, October 08 of 2001

CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0216   FAX: (954) 942-3564

CONTAINER   : TRLU 1796163
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE : M.S.C ECUADOR
VESSEL      : M.S.C ECUADOR V. 06

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18 18 KG<br>GROSS WEIGHT : 23,018.00 KG<br>NET WEIGHT : 21,616.00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4136<br>MARATHON N0.- 20600047 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2,181.60 |
| TARIFA 12 % | | 0.00 |
| TARIFA  0 % | | 0.00 |
| **TOTAL FOB** | | **USD 2,181.60** |

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C # 0992124695001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef. 593-4-233-0237

## COMMERCIAL INVOICE # 018B - 2001

DATE :
CLIENT:

Guayaquil  October 01 of 2001

**HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH , FLORIDA 33069
TEL (954) 942-0215   FAX: (954) 942-3564

CONTAINER    : MWCU 509677-2
DESTINATION  : MIAMI
ORIGIN        : ECUADOR
SHIPPING LINE : MAERSK
VESSEL        : LA GUAYRA

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2,181.60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23,016.00 KG<br>NET WEIGHT : 21,816 00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON NO.- 20600042 | | |

| | | |
|---|---|---|
| G E A N E L  S.A. | **VALOR NETO FOB** | **USD 2,181.60** |
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| ING.MARLON OLIVES<br>C.I.# 090982938-4<br>FIRMA AUTORIZADA | **TOTAL FOB** | **USD 2,181,60** |

# GEANEL S.A.

R.U.C.# 0992124695001
AGUIRRE 320 ENTRE CHILE Y PEDRO CARBO
Telef.: 593-4-302-0237

## COMMERCIAL INVOICE # 017C - 2001

DATE :
CLIENT:

Guayaquil, October 31 of 2001

**HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER  : TRLU 178556-4
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: NAVES
VESSEL      : MADELEINE V. 28

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | USS 1.818 | USS 2,181.60 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT : 21.816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4168 | | |
| | MARATHON NO.- 20600041 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2,181.60 |
| TARIFA 12 % | | 0,00 |
| TARIFA 0 % | | 0,00 |
| | | |
| TOTAL FOB | | USD 2,181.60 |

GEANEL S.A.

Firma Autorizada
ING. MARLON OLIVES
C.I.# 090992936-4
FIRMA AUTORIZADA

# GEANEL S.A.

R.U.C.# 0992104080901
AGUIRRE 300 ENTRE CHILE Y PEDRO CARBO
Tele.: 593-4-320-057

## COMMERCIAL INVOICE # 015B - 2001

DATE :  Guayaquil, September 28 of 2001

CLIENT:  HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER   : MWCU 6587400
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: MAERSK ECUADOR
VESSEL      : LA GUAYRA V. 174

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181.60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON NO.- E-594807 | | |

| | | |
|---|---|---|
| | VALOR NETO FOB | USD 2,181.60 |
| | TARIFA 12 % | 0.00 |
| | TARIFA 0 % | 0.00 |
| ING.MARLON OLIVES<br>C.I.# 090982938-4<br>FIRMA AUTORIZADA | TOTAL FOB | USD 2,181.60 |

# ARGOMACRO S.A.

R.U.C.# 09913898 4001
Cdla. Guayaquil Mza# 11 Villa# 09
Telef.: 593-4-393797  Fax. 593-4-383897

## COMMERCIAL INVOICE  # 016 -2001

DATE :
CLIENT:

Guayaquil, September 25 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH . FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER   : SUDU 476171-1
DESTINATION : MIAMI
ORIGIN          : ECUADOR
SHIPPING LINE: CROWLEY
VESSEL         : CSAV CHICAGO V. 19

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1.819 | US$ 2,181.60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT : 23.016.00 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON N0.- D-160510 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2,181.60 |
| TARIFA 12 % | | 0,00 |
| TARIFA  0 % | | 0,00 |
| | | |
| TOTAL FOB | | USD 2,181.60 |

ARGOMACRO S.A.

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA


EXHIBIT
B

# ARGOMACRO S.A.

R.U.C # 0391399814001
Cdla. Guayaquil Mz# 11 Villa# 05
Telch. 593-4-382797  Fax  593-4-393807

## COMMERCIAL INVOICE # 14A -2001

**DATE :**
**CLIENT:**

Guayaquil September 18 of 2001
HEARNE IMPORTS OF FLORIDA
1055 MARTIN LUTHER KING B VD
POMPANO BEACH , FLORIDA 32069
TEL (954) 942-0215  FAX (954) 942-3564

**CONTAINER** : ITLU 7241732
**DESTINATION :** MIAMI
**ORIGIN** : ECUADOR
**SHIPPING LINE:** MSC ECUADOR
**VESSEL** : MSC ECUADOR V 004

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 960 | BOXES OF FRESH SWEET ONIONS | USD 1,819 | US$ 1,746,28 |
| | NET WEIGHT PER BOX 18 12 KG | | |
| | GROSS WEIGHT  18.421 50 KG | | |
| | NET WEIGHT  17.462 80 KG | | |
| | MARKS PLACED ODI DI MONTA  L SWEET | | |
| | P  [5-10] | | |
| | MARATHON NC - E-034806 | | |
| | | **VALOR NETO FOB** | **USD 1,745.28** |
| | | TARIFA 12 % | 0,00 |
| | | TARIFA  0 % | 0,00 |
| | | **TOTAL FOB** | **USD 1,745,28** |

ING. MAPLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U C # 0931328914001
Cdla. Guayacul Mz# 11 villa# 09
Telef: 593-4-393797  Fax: 593-4-392997

### COMMERCIAL INVOICE # 12A-2001

DATE :    Guayaquil, September 11 of 2001    CONTAINER GCEU 662708
CLIENT:   HEARNE IMPORTS OF FLORIDA    DESTINATIO MIAMI
          1158 MARTIN LUTHER KING BLVD    ORIGIN    ECUADOR
          POMPANO BEACH   FLORIDA 33069    SHIPPING LI NAVES S A
          TEL (954) 942-0215  FAX (954) 942-3564    VESSEL    GREETSIEL V. 0

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1104 | BOXES  OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2 007 07 |
|  |  |  |  |
|  | NET WEIGHT PER BOX 18,18 KG |  |  |
|  | GROSS WEIGHT : 21 174 72 KG |  |  |
|  | NET WEIGHT : 20,070.72 KG |  |  |
|  | MARKS PLACED GOLD MOUNTAIN SWEET |  |  |
|  | PLU #:188 |  |  |
|  | MARATHON NO. E-594799 |  |  |

|  | VALOR NETO FOB | USD 2,007.07 |
|---|---|---|
|  | TARIFA 12 % | 0,00 |
|  | TARIFA  0 % | 0,00 |
|  |  |  |
|  | TOTAL FOB | USD 2,007,07 |

ING MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C # 0991389814001
10 DE AGOSTO 933 Y SEIS DE MARZO
Telef. 593-4 2329518

## COMMERCIAL INVOICE # 7a- 2001

DATE : Guayaquil  September 14 - 2001

CLIENT: HEARNE IMPORTS OF FLORIDA
1035 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL  (954) 942-0215   FAX: (954) 942-3564

CONTAINER  TRLU 1/9812-1
DESTINATION MIAMI
ORIGIN      ECUADOR
SHIPPING L. MSC ECUADOR
VESSEL     MSC ECUADOR V 003

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|----------|----------------------|------------|-------|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 1,963,44 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT   20 714 40 KG | | |
| | NET WEIGHT   19,634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4156 | | |
| | MARATHON NO - C564798 | | |

| | VALOR NETO FOB | | USD 1,963.44 |
|---|---|---|---|
| | TARIFA 12 % | | 0.00 |
| | TARIFA  0 % | | 0.00 |
| | TOTAL FOB | | USD 1,963,44 |

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C.# 0901388814-001
10 DE AGOSTO 933 Y SEIS DE MARZO
Telef : 593-4-2326610

## COMMERCIAL INVOICE #__ - 2001

DATE :    Guayaquil  September 14 - 2001
CLIENT.   HEARNE IMPORTS OF FLORIDA
          1258 MARTIN LUTHER KING BLVD
          POMPANO BEACH  FLORIDA 33069
          TEL. (954) 942-0215  FAX. (954) 942-3564

CONTAINER   CRLU 913888-8
DESTINATION MIAMI
ORIGIN      ECUADOR
SHIPPING L.  MSC ECUADOR
VESSEL      MSC ECUADOR V. 009

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1.812 | US$ 1,563.44 |
|  | NET WEIGHT PER BOX 18,16 KG | | |
|  | GROSS WEIGHT : 20,714.40 KG | | |
|  | NET WEIGHT : 19,834.40 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4166 | | |
|  | MARATHON NO.  E564706 | | |

|  |  |
|---|---|
| VALOR NETO FOB | USD 1,963.44 |
| TARIFA 12 % | 0.00 |
| TARIFA  0 % | 0.00 |
| TOTAL FOB | USD 1,963,44 |

ING.MARLON OLIVES
C.I # 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C.# 0991309814001
10 DE AGOSTO 933 Y SEIS DE MARZO
Telef. 593 4 2329516

## COMMERCIAL INVOICE # 06 - 2001

DATE :
CLIENT:

Guayaquil  Agosto 21 del 2001
HEARNE IMPORTS OF FLORIDA
1158 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL  (954) 942-0215   FAX  (954) 942-3564

CONTAINER GOEU 796935 2
DESTINATIO MIAMI
ORIGIN ____ ECUADOR
SHIPPING LII INTEROCEAN
VESSEL ____ MADELEINE V.007

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES  OF FRESH SWEET ONIONS | US$ 1.819 | US$ 1,963.44 |
|  | NET WEIGHT PER BOX 19.18 KG<br>GROSS WEIGHT : 20,714.40 KG<br>NET WEIGHT : 19,834.40 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4168<br>MARATHON NC.- C594761 |  |  |

|  | VALOR NETO FOB | USD 1,963.44 |
|---|---|---|
| ARGOMACRO S.A. | TARIFA 12 % | 0.00 |
| ING. MARLON OLIVES | TARIFA  0 % | 0.00 |
| C.I.# 090932938-4<br>FIRMA AUTORIZADA | TOTAL FOB | USD 1,963.44 |

# ARGOMACRO S.A.

R.U.C. # 0991389914001
10 DE AGOSTO Y LORENZO DE GARAICOA
Telef.: 593-4-329516

## COMMERCIAL INVOICE # 004- 2001

DATE : Guayaquil, August 23 - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH ,FLORIDA 33069
TELF. 954-9420215   FAX:954-9423564

CONTAINER   : CCFU 695663 8
DESTINATION : MIAMI,FL
ORIGIN      : ECUADOR
SHIPPING LINE: INTEROCEAN
VESSEL      : GREETZIEL V.018

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | 1,818 | USD$1,963.44 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 20,714.40 KG | | |
| | NET WEIGHT . 19.634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #1168 | | |
| | MARATHON # E-584792 | | |

| | VALOR NETO FOB | USD$ 1,963.44 |
|---|---|---|
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | TOTAL FOB | USD$ 1,963.44 |

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C. # 00991389914001
10 DE AGOSTO Y LORENZO DE GARAICOA
Telef.: 593-4-329516

## COMMERCIAL INVOICE # 004- 2001

DATE :  Guayaquil , August 23 - 2001
CLIENT:  HEARNE IMPORTS OF FLORIDA
1259 MARTIN LUTHER KING BLVD
POMPANO BEACH ,FLORIDA 33069
TELF: 954-9420215   FAX:954-9423564

CONTAINER   : CCFU 695663 6
DESTINATION : MIAMI,FL
ORIGIN       : ECUADOR
SHIPPING LINE: INTEROCEAN
VESSEL       : GREETZIEL V.018

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1080 | BOXES OF FRESH SWEET ONIONS | 1.818 | USD$1,963.44 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 20,714.40 KG | | |
| | NET WEIGHT : 19,634.40 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # E-584792 | | |

| | | VALOR NETO FOB | USD$ 1,963.44 |
|---|---|---|---|
| ARGOMACRO S.A. | | TARIFA 12 % | 0.00 |
| FIRMA AUTORIZADA | | TARIFA 0 % | 0.00 |
| ECON.LUIS F. SOJOS ONETO | | | |
| C.I.# 091234584-0 | | TOTAL FOB | USD$ 1,963.44 |
| FIRMA AUTORIZADA | | | |

# ARGOMACRO S.A.

R.U.C. # 0991385814001
Cdla. Guayaqui Mzn 11 Villa# 29
Telef. 593-4-393797  Fax: 093-4-393597

## COMMERCIAL INVOICE # 020B - 2001

DATE :        Guayaquil  October 08 of 2001

CLIENT:       **HEARNE IMPORTS OF FLORIDA**
              1258 MARTIN LUTHER KING BLVD.
              POMPANO BEACH , FLORIDA 33069
              TEL. (954) 942-0215  FAX: (954) 942-3564

CONTAINER    : TRIU 846696-0
DESTINATION  : MIAMI
ORIGIN       : ECUADOR
SHIPPING LINE: MARGLOBAL
VESSEL       : SEA JAGUAR V 015

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2.181.60 |
|  | NET WEIGHT PER BOX 18.18 KG<br>GROSS WEIGHT  23,018.00 KG<br>NET WEIGHT : 21,816.00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4156<br>MARATHON NO.- 20600050 |  |  |

| | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | **TOTAL FOB** | **USD 2,181.60** |

ARGOMACRO S.A.

ING. MARLON OLIVES
C.I # 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C # 0891389414001
Cdla. Guayaquil Mz# 11 Villa# 29
Telef. 593-4-302797 Fax. 593-4-303697

## COMMERCIAL INVOICE # 020C - 2001

**DATE :**
**CLIENT:**

Guayaquil, October 08 of 2001
HEARNE IMPORTS OF FLORIDA
1256 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX  (954) 942-3564

**CONTAINER** : CNIU 220167-8
**DESTINATION** : MIAMI
**ORIGIN** : ECUADOR
**SHIPPING LINE:** MARGLOBAL
**VESSEL** : SEA JAGUAR V 016

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT  23,016 00 KG<br>NET WEIGHT  21,816 00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON NO.- | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2,181.60 |
| TARIFA 12 % | | 0.00 |
| TARIFA  0 % | | 0.00 |
| TOTAL FOB | | USD 2,181,60 |

ING.MARLON OLIVES
C.I.# 090932933-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C # 0991399814001
Cdla. Guayaquil Mza 11 Villa # 09
Telef : 593-4-393797  Fax. 593-4-393897

## COMMERCIAL INVOICE # 019 - 2001

DATE :
CLIENT:

Guayaquil , October 08 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215  FAX: (954) 942-3564

CONTAINER   : CRLU 517184-0
DESTINATION : MIAMI
ORIGIN       : ECUADOR
SHIPPING LINE: M.S.C ECUADOR
VESSEL      : M.S.C. ECUADOR V. 08

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1.818 | US$ 2.181.60 |
| | NET WEIGHT PER BOX 18,18 KG GROSS WEIGHT : 23.016,00 KG NET WEIGHT  21,816.00 KG MARKS PLACED GOLD MOUNTAIN SWEET PLU #4166 MARATHON NO.- D-160503 | | |
| | VALOR NETO FOB | | USD 2,181.60 |
| | TARIFA 2 % | | 0,00 |
| | TARIFA  0 % | | 0,00 |
| | TOTAL FOB | | USD 2,181,60 |

ARGOMACRO S.A.

ING.MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C.# 0691389814001
Cdla. Guayaquil Mz# 11 Villa# 29
Telef.: 593-4-393797  Fax: 593-4-393897

## COMMERCIAL INVOICE # 018 - 2001

DATE :       Guayaquil, October 01 st 2001       CONTAINER   : MAEU 693488-9
CLIENT:      **HEARNE IMPORTS OF FLORIDA**      DESTINATION : MIAMI
             1258 MARTIN LUTHER KING BLVD        ORIGIN        : ECUADOR
             POMPANO BEACH , FLORIDA 33069       SHIPPING LINE: MAERSK
             TEL (954) 942-0215   FAX: (954) 942-3584       VESSEL        : LA GUAYRA

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
|  | NET WEIGHT PER BOX 18 18 KG | | |
|  | GROSS WEIGHT : 23,016.00 KG | | |
|  | NET WEIGHT : 21 816 00 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4166 | | |
|  | MARATHON N0.: 20600043 | | |

| ARGOMACRO S.A. | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
| | TARIFA 12 % | 0 00 |
| | TARIFA  0 % | 0 00 |
| ING.MARLON OLIVES | | |
| C.I.# 090982938-4 | TOTAL FOB | USD 2,181,60 |
| FIRMA AUTORIZADA | | |

# ARGOMACRO S.A.

R.U.C.# 0991858981-001
Cdla. Guayaquil Mz# 11 Villa# 05
Telef. 593-4-393797  Fax: 593-4-393867

## COMMERCIAL INVOICE  # 017B - 2001

DATE :
CLIENT:

Guayaquil  Octubre 01 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER   : INOU 901005 9
DESTINATION : MIAMI
ORIGIN        : ECUADOR
SHIPPING LINE: NAVES
VESSEL       : MADELEINE V 05

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18 18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARKS PLACED COLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON NC.- D-160512 | | |

| ARGOMACRO S.A. | VALOR NETO FOB | | USD 2,181.60 |
|---|---|---|---|
| | TARIFA 12 % | | 0,00 |
| ING.MARLON OLIVES | TARIFA  0 % | | 0.00 |
| C.I.# 090982938-4 | | | |
| FIRMA AUTORIZADA | TOTAL FOB | | USD 2,181,60 |

# ARGOMACRO S.A.

R.U.C.# 0991389814001
Cdla. Guayacui Mz# 11 Villa# 09
Telef.: 593-4-393797  Fax: 593-4-393897

## COMMERCIAL INVOICE # 017D - 2001

DATE :
CLIENT:

Guayaquil  Octubre 01 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER   : GCEU 660187-5
DESTINATION  : MIAMI
ORIGIN          : ECUADOR
SHIPPING LINE: NAVES
VESSEL        : MADELEINE V-58

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181.60 |
|  | NET WEIGHT PER BOX 18.18 KG<br>GROSS WEIGHT   23,016.00 KG<br>NET WEIGHT   21,816.00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON NO - |  |  |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD 2,181.60 |
| TARIFA 12 % | | 0.00 |
| TARIFA  0 % | | 0.00 |
| | | |
| TOTAL FOB | | USD 2,181.60 |

ARGOMACRO S.A.

ING.MARLON OLIVES.
C.I.# 090982938-4
FIRMA AUTORIZADA

# ARGOMACRO S.A.

R.U.C # 0691388314001
Cdla. Guayaquil Mz# 11 Villa# 06
Telef.: 593-4-393797  Fax: 593-4-393897

## COMMERCIAL INVOICE  # 15C -2001

DATE :
CLIENT:

Guayaquil September 28 of 2001
HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215   FAX: (954) 942-3564

CONTAINER   : MAEU 5396468
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: MAERSK ECUADOR
VESSEL      : LA GUAYRA V. 174

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES  OF FRESH SWEET ONIONS | US$ 1,818 | US$ 2,181,60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON NO.- D-160500 | | |

| | VALOR NETO FOB | USD 2,181.60 |
|---|---|---|
| | TARIFA 12 % | 0,00 |
| | TARIFA  0 % | 0,00 |
| | | |
| | TOTAL FOB | USD 2,181,60 |

ING.MARLON OLIVES
C.I.# 0909982938-4
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C. # 0991516557001
Cdla. Guayaquil Mz# 11 Villa# 09
Telef.: 593-4-393863  Fax: 593-4-393797

## COMMERCIAL INVOICE # 016B - 2001

DATE : Guayaquil, September 25 of - 2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX: (954) 942-3564

CONTAINER  : SUDU 400258-8
DESTINATION : MIAMI
ORIGIN    : ECUADOR
SHIPPING LINE: CROWLEY
VESSEL    : CSAV CHICAGO V. 19

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23,016,00 KG<br>NET WEIGHT : 21,816,00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # D-160506 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD$ 2,181,60 |
| TARIFA 12 % | | 0,00 |
| TARIFA 0 % | | 0,00 |
| | | |
| **TOTAL FOB** | | USD$ 2,181,60 |

ECON. LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA


EXHIBIT C

# DOLUGASA S.A.

R.U.C # 0991516557001
Cdla. Guayaquil Mz# 11 Vi la# 09
Telef: 593-4-393863  Fax: 593-4-393797

## COMMERCIAL INVOICE # 016A - 2001

DATE : Guayaquil, September 26 of - 2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1256 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX: (954) 942-3564

CONTAINER : CMCU 553258-9
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: CROWLEY
VESSEL : CSAV CHICAGO V. 19

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1.818 | USD$2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23,016.00 KG<br>NET WEIGHT : 21,816,00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # D-160501 | | |

| | | |
|---|---|---|
| **VALOR NETO FOB** | | USD$ 2,181,60 |
| TARIFA 12 % | | 0,00 |
| TARIFA 0 % | | 0,00 |
| | | |
| **TOTAL FOB** | | USD$ 2,181,60 |

DOLUGASA S.A.
FIRMA AUTORIZADA
ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

# LOMAQUIL S.A.

R.U.C. # 0990376459001
KM. 2½ AV. CARLOS JULIO AROSEMENA
Telef.: 593-4-020-1787 TELEFAX. 22-1972

## COMMERCIAL INVOICE # 022B - 2001

DATE : Guayaquil, October 11 of - 2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX. (954) 942-3564

CONTAINER  : TRLU 176461-2
DESTINATION : MIAMI
ORIGIN  : ECUADOR
SHIPPING LINE: NAVES S.A
VESSEL  : GREETS B. V  020

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,181.60 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 23,016.00 KG<br>NET WEIGHT . 21.816.00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # D-160498 | | |
| | VALOR NETO FOB | | USD$ 2,181.60 |
| | TARIFA 12 % | | 0.00 |
| | TARIFA  0 % | | 0.00 |
| | TOTAL FOB | | USD$ 2,181.60 |

ING. MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# LOMAQUIL S.A.



R.U.C. # 0991376453001
KM 2½ AV. CARLOS JULIO AROSEVENA
Telef.: 593-4-220-1787 TELEFAX: 22-1972

## COMMERCIAL INVOICE # 020D - 2001

DATE : Guayaquil, October 08 of - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX: (954) 942-0564

CONTAINER : CNIU 220142-5
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: VAP.GLOBAL
VESSEL : SEA JAGUAR V. 019

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1193 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$ 2.177,96 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT . 22.977,64 KG<br>NET WEIGHT · 21.773,64 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # 20600049 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD$ 2.177,96 |
| TARIFA 12 % | | 0.00 |
| TARIFA 0 % | | 0.00 |
| | | |
| TOTAL FOB | | USD$ 2.177,96 |

ING. MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# LOMAQUIL S.A.



R.U.C. # 0991376453001
KM. 2½ AV. CARLOS JULIO AROSEMENA
Telef. 593-4-220-1737 TELEFAX. 22-1978

## COMMERCIAL INVOICE # 019D - 2001

**DATE :** Guayaquil, October 08 of - 2001

**CLIENT:** HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX: (954) 942-3564

**CONTAINER** CRLU 5166366
**DESTINATIO** MIAMI
**ORIGIN** ECUADOR
**SHIPPING LI** M.S.C. ECUADOR
**VESSEL** M.S.C. ECUADOR

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,181.60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT 23,016.00 KG | | |
| | NET WEIGHT 21,816.00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # 20600045 | | |

| | | |
|---|---|---|
| **VALOR NETO FOB** | | USD$ 2,181,60 |
| TARIFA 12 % | | 0,00 |
| TARIFA 0 % | | 0,00 |
| | | |
| **TOTAL FOB** | | USD$ 2,181,60 |

ING. MARLON OLIVES
C.I.# 090982938-4
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C # 0991855570001
Cdla. Guayaqui Mz# 11 villa# 69
Telef: 593-4-393883  Fax: 593-4-393737

## COMMERCIAL INVOICE # 010A - 2001

DATE : Guayaquil, September 14 of - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1298 MARTIN LUTHER KING BLVD
POMPANO BEACH, FLORIDA 33069
TELE. (954) 942-0215 FAX. (954) 942-3564

CONTAINER : CRLU 515165-4
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: MSC ECUADOR
VESSEL : MSC ECUADOR V. 002

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1230 | BAGS OF FRESH SWEET ONIONS | USD 1.818 | USD2,236,14 |
| | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT : 22,361,40 KG<br>NET WEIGHT : 22,361,40 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # B-594800 | | |

| | | |
|---|---|---|
| | VALOR NETO FOB | USD$ 2,236,14 |
| | TARIFA 12 % | 0.00 |
| | TARIFA 0 % | 0.00 |
| | | |
| | TOTAL FOB | USD$ 2,236,14 |

DOLUGASA S.A.
FIRMA AUTORIZADA
ECON. LUIS F. SOJOS ONETO
C.I.# 0912345584-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C # 0991765576
Cdla. Guayacu IML# 14 y 15 07 03
Telef: 593-4-393893  Fax: 593-4-32797

## COMMERCIAL INVOICE # 013A - 2001

**DATE** : Guayaquil, December 17 - 2001
**CLIENT** : BEARME IMPORTS OF FLORIDA
MARTIN LUTHER KING BLVD
MIAMI, SOUTH FLORIDA 33079
TELEPHONE (954) 342-0215 FAX (954) 342-0564

**CONTAINER** : TRIU 848299-8
**DESTINATION** : MIAMI
**ORIGIN** : ECUADOR
**SHIPPING LINE:** NAVES S.A
**VESSEL** : GREETSIEL V 019

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1.818 | USD$2,181,60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT : 23,016,30 KG | | |
| | NET WEIGHT : 21,816.00 KG | | |
| | MARK :FELA BIO GOLD MOUNTAIN SWEET | | |
| | PLU: 4168 | | |
| | FDA REGISTER: 15994791 | | |
| | | **VALOR NETO FOB** | USD$ 2,181,60 |
| | | TARIFA 0 % | 0,00 |
| | | TARIFA 0 % | 0,00 |
| | | **TOTAL FOB** | USD$ 2,181,60 |

ECON.LUIS E. SUAUS ORLTO
C.I.# 0912345678-9
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C. # 0991318597
Ccla. Guayacu I Mz# 1 Villa# 09
Telef.: 593-4 393863 : a : 593-4 393797

## COMMERCIAL INVOICE # 013B - 2001

DATE : Guayaquil, September 17 - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1256 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELR. (954) 942-0219 FAX (954) 942-3564

CONTAINER : GCEU 660177-7
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: NAVES S.A.
VESSEL : GREETSIELV 019

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|----------|----------------------|------------|-------|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,918 | USD$2,181,60 |
| | NET WEIGHT PER BOX IS 18 KG | | |
| | GROSS WEIGHT , 23 016,00 KG | | |
| | NET WEIGHT , 21 816 00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # E-594903 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USDS 2,181,60 |
| TARIFA 12 % | | 0,00 |
| TARIFA 0 % | | 0,00 |
| | | |
| TOTAL FOB | | USDS 2,181,60 |

ECON.LUIS F. SOJOS ONETO
C.I.# 0912045684-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C # 0991515557001
Cdla. Guayaquil Mz # 1  Villa # 04
Telef : 593-4-393863  Fax 593-4-393797

## COMMERCIAL INVOICE # 014B - 2001

DATE    : Guayaquil  September 16 of  200
CLIENT  : HSARNE IMPORTS OF FLORIDA
          758 MARTIN LUTHER KING BLVD
          POMPANO BEACH, FLORIDA 33060
          TLF : (954) 942-0015 FAX  (954) 454-3554

CONTAINER    : GCEU 601492-8
DESTINATION  : MIAMI
ORIGIN       : ECUADOR
SHIPPING LINE: MSC ECUADOR
VESSEL       : MSC ECUADOR V. 004

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1230 | BAGS OF FRESH SWEET ONIONS | USS 1.818 | USD$2,236.14 |
|  | NET WEIGHT PER BOX 16.8 KG | | |
|  | GROSS WEIGHT  22,361,40 KG | | |
|  | NET WEIGHT : 22,361,40 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4159 | | |
|  | MSRATION # E-594803 | | |

| | VALOR NETO FOB | USD$ 2,236,14 |
|---|---|---|
| | TARIFA 12 % | 0,00 |
| | TARIFA 0 % | 0,00 |
| | TOTAL FOB | USD$ 2,236,14 |

DOLUGASA S.A.
ECON. LUIS T. COJ C ONETO
C.I.# 0912045684-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C.# 09915165570001
10 de Agosto 935 y Seis de Marzo
Telef : 593-4-523346  Fax. 593-4-523345

## COMMERCIAL INVOICE # 005 - 2001

DATE : Guayaquil, Agosto 31, 2001

CLIENT: HEARNE IMPORTS OF FLORIDA
1256 MARTIN LUTHER KING BLVD.
POMPANO BEACH , FLORIDA 33069
TEL. (954) 942-0215  FAX. (954) 942-3564

CONTAINER MWCU6S28670
DESTINATIO MIAMI
ORIGIN    ECUADOR
SHIPPING LII MAERSK
VESSEL    LA GUAIRA V. 0168

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1078 | BOXES OF FRESH SWEET ONIONS | US$  1.818 | US$1,959.80 |
|  | NET WEIGHT PER BOX 18,18 KG<br>GROSS WEIGHT   19,998.04 KG<br>NET WEIGHT  20,678.04 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>"MARATHON" E-684790 |  |  |
|  | **VALOR NETO FOB** |  | US$1,959.80 |
|  | TARIFA 12 % |  | 0.00 |
|  | TARIFA  0 % |  | 0.00 |
|  | **TOTAL FOB** |  | US$1,959.80 |

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C # 0991616557001
Ccla. Guayaquil Mz# 11  Villa# 09
Telef.. 593-4-393863  Fax  593-4-393797

## COMMERCIAL INVOICE # 019C - 2001

DATE : Guayaquil, October 08 of  2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0216 FAX  (954) 942-3564

CONTAINER : CRLU 513142-6
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: M.S.C  ECUADOR
VESSEL      : M.S.C  ECUADOR

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$  1,818 | USDS2,181.60 |
|  | NET WEIGHT PER BOX 18.18 KG | | |
|  | GROSS WEIGHT : 23,016.00 KG | | |
|  | NET WEIGHT : 21,816.00 KG | | |
|  | MARKS PLACED GOLD MOUNTAIN SWEET | | |
|  | PLU #4166 | | |
|  | MARATHON # D-160499 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USDS 2,181.60 |
| TARIFA 12 % | | 0.00 |
| TARIFA  0 % | | 0.00 |
| | | |
| TOTAL FOB | | USDS 2,181.60 |

DOLUGASA  S. A.

FIRMA  AUTORIZADA

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C. # 0991816861301
Cdla. Guayaquil Mza 11 villa# 09
Telef: 593-4-393820  fax: 593 4-393797

## COMMERCIAL INVOICE # 021 - 2001

DATE : Guayaquil October 11 of - 2001
CLIENT: **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH, FLORIDA 33069
TELF: (954) 942-0215 FAX: (954) 942-3564

CONTAINER  : TRLU 1794704
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: M.S.C. ECUADOR
VESSEL      : M.S.C. ECUADOR

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | USS 1,818 | USD$2,181,60 |
| | NET WEIGHT PER BOX 18,18 KG GROSS WEIGHT  23,016.00 KG NET WEIGHT   21 816.00 KG MARKS PLACED GOLD MOUNTAIN SWEET PLU #4166 MARATHON # B-160509 | | |

| | VALOR NETO FOB | USD$ 2,181,60 |
|---|---|---|
| | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| **TOTAL FOB** | | USD$ 2,181,60 |

DOLUGASA  S. A.

FIRMA TESORERIA
ECON.LUIS F. SOJOS ONETO
C.I.# 0912345684-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C. # 0991516557001
Cdla. Guayaquil Mza 11 Villa# 09
Telef: 593-4-393802  Fax: 593-4-393797

## COMMERCIAL INVOICE # 017A - 2001

DATE  :  Guayaquil, Octubre 01 of - 2001
CLIENT:  **HEARNE IMPORTS OF FLORIDA**
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH  FLORIDA 33069
TELF: (954) 942-0215 FAX: (954) 942-3564

CONTAINER    :  TRLU 1785560
DESTINATION :  MIAMI
ORIGIN          :  ECUADOR
SHIPPING LINE:  NAVES
VESSEL        :  MADELEINE V 05

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | USS  1,818 | USD52,181,60 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 23,016.00 KG | | |
| | NET WEIGHT  21,816,00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # D-160607 | | |

|  | VALOR NETO FOB | USD$ 2,181,60 |
|---|---|---|
| DOLUGASA S.A. FIRMA AUTORIZADA ECON.LUIS F. SOJOS ONETO C.I.# 091234584-0 FIRMA AUTORIZADA | TARIFA 12 % | 0.00 |
| | TARIFA  0 % | 0.00 |
| | TOTAL FOB | USDS 2,181,60 |

# DOLUGASA S.A.

R.U.C. # 0991616567001
Cdla. Guayaquil Mza. 11 Villa# 09
Telef. 593-4-393863 Fax 593-4-393797

## COMMERCIAL INVOICE # 017 - 2001

DATE : Guayaquil, Octubre 01 of - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1255 MARTIN LUTHER KING BLVD
POMPANO BEACH, FLORIDA 33069
TELF. (954) 942-0215 FAX: (954) 942-3564

CONTAINER : ITLU 7474017
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: NAVES
VESSEL : MADELEINE V 09

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,181,60 |
| | NET WEIGHT PER BOX 18.18 KG | | |
| | GROSS WEIGHT : 23,016,00 KG | | |
| | NET WEIGHT : 21,816,00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # D-160511 | | |

| | | |
|---|---|---|
| VALOR NETO FOB | | USD$ 2,181,60 |
| TARIFA 12 % | | 0.00 |
| TARIFA 0 % | | 0.00 |
| TOTAL FOB | | USD$ 2,181,60 |

DOLUGASA S.A.
FIRMA AUTORIZADA
ECON. LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

# DOLUGASA S.A.

R.U.C. # 0991516557001
Cdla. Guayaquil Mz# 11 Villa# 09
Telef. 593-4-383863 Fax 593-4-393797

## COMMERCIAL INVOICE # 015 - 2001

DATE : Guayaquil, September 28 of - 2001
CLIENT: HEARNE IMPORTS OF FLORIDA
1258 MARTIN LUTHER KING BLVD.
POMPANO BEACH FLORIDA 33069
TELF: (954) 942-0215 FAX: (954) 942-3564

CONTAINER : MAEU 5375840
DESTINATION : MIAMI
ORIGIN : ECUADOR
SHIPPING LINE: MAERSK ECUADOR
VESSEL : LA GUAYRA V. 174

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,191.00 |
| | NET WEIGHT PER BOX 18,18 KG | | |
| | GROSS WEIGHT : 23,016,00 KG | | |
| | NET WEIGHT : 21,816,00 KG | | |
| | MARKS PLACED GOLD MOUNTAIN SWEET | | |
| | PLU #4166 | | |
| | MARATHON # D-160495 | | |

| | VALOR NETO FOB | | USD$ 2,191,50 |
|---|---|---|---|
| | TARIFA 12 % | | 0.00 |
| | TARIFA 0 % | | 0.00 |
| ECON.LUIS F. SOJOS ONETO<br>C.I.# 091234584-0<br>FIRMA AUTORIZADA | TOTAL FOB | | USD$ 2,191,50 |

# DOLUGASA S.A.

R.U.C. # 0991515567001
Ocla. Guayaqui l Mz# 11 Villa# 09
Telef.: 593-4-393833  Fax: 593-4-393797

## COMMERCIAL INVOICE # 015A - 2001

DATE :   Guayaquil, September 28 of - 2001
CLIENT:  **HEARNE IMPORTS OF FLORIDA**
         1258 MARTIN LUTHER KING BLVD.
         POMPANO BEACH, FLORIDA 33069
         TELF. (954) 942-0215 FAX: (954) 942-3584

CONTAINER   : MASU 5803868
DESTINATION : MIAMI
ORIGIN      : ECUADOR
SHIPPING LINE: MAERSK ECUADOR
VESSEL      : LA GUAYRA V. 174

| QUANTITY | DESCRIPTION OF GOODS | UNIT PRICE | TOTAL |
|---|---|---|---|
| 1200 | BOXES OF FRESH SWEET ONIONS | US$ 1,818 | USD$2,181.60 |
| | NET WEIGHT PER BOX 18.18 KG<br>GROSS WEIGHT : 23,016,00 KG<br>NET WEIGHT : 21,816,00 KG<br>MARKS PLACED GOLD MOUNTAIN SWEET<br>PLU #4166<br>MARATHON # D-160505 | | |

| | VALOR NETO FOB | | USD$ 2,181,60 |
|---|---|---|---|
| | TARIFA 12 % | | 0.00 |
| | TARIFA  0 % | | 0.00 |
| | **TOTAL FOB** | | **USD$ 2,181,60** |

ECON.LUIS F. SOJOS ONETO
C.I.# 091234584-0
FIRMA AUTORIZADA

**CIVIL COVER SHEET**

# 02-61391

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Dolugasa S.A., Argomacro S.A. and Geanel S.A.

## DEFENDANTS CIV-MARRA

Hearne Imports of Florida, Inc. and Wm. P. Hearne Produce Company, Inc.

**MAGISTRATE JUDGE**
**SELTZER**

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Craig A. Stokes, Oppenheimer, Blend, Harrison & Tate, Inc., 711 Navarro, Sixth Floor, San Antonio, Texas 78205 (210.224.2000)

ATTORNEYS (IF KNOWN)

Broward C 02cv61391 KAM/Bss

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, (BROWARD) PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION (PLACE AN × IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN × IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

NIGHT BOX
FILED

## IV. CAUSE OF ACTION (CITE THE U S CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Perishable Agricultural Commodities Act   OCT - 1 2002   7 USC Sec. 499(c)(4)

IVa.        days estimated (for both sides) to try entire case.

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## V. NATURE OF SUIT (PLACE AN × IN ONE BOX ONLY)

| A CONTRACT | A TORTS | | FORFEITURE/PENALTY | A BANKRUPTCY | A OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury— Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

## VI. ORIGIN (PLACE AN × IN ONE BOX ONLY)

- ☒☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Refiled
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION   ☐ UNDER F.R.C.P. 23

DEMAND $ 180,000.00   CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☒☒ NO

## VIII. RELATED CASE(S) IF ANY (See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE
10-2-2002

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT
S/F   I-2
REV. 6/90

FOR OFFICE USE ONLY:   Receipt No. 198460   Amount: 150.00

Date Paid: 10-2-02   M/ifp: _____